# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICOLE MARIE POTTER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-02356-SAB

ORDER REGARDING STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

(ECF No. 14)

Plaintiff Nicole Marie Potter commenced this action on March 26, 2026, challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits. (ECF No. 1.) The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 9, 10, 11.) On August 14, 2025, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 14.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation (ECF No. 14);
2. All pending dates and matters are VACATED; and

/ / /

/ / /

3. Judgment is ENTERED in favor of Plaintiff Nicole Marie Potter and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **August 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge