# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MARIE POTTER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-02356-SAB<br>ORDER REQUIRING THAT EITHER DEFENDANT FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES OR THAT PARTIES STIPULATE TO THE AWARD OF ATTORNEY'S FEES<br>(ECF No. 17)<br>**DECEMBER 1, 2026 DEADLINE** |

On August 17, 2026, judgment was entered in this matter reversing the decision of the Commissioner of Social Security and remanding this action to the Social Security Agency for further proceedings. (ECF Nos. 15, 16.) On November 16, 2026, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. (ECF No. 17.)

Accordingly, IT IS HEREBY ORDERED that Defendant shall file an opposition to Plaintiff's motion for attorney's fees, or the parties shall file a stipulation agreeing to the award of attorney's fees, **on or before December 1, 2026**.

IT IS SO ORDERED.

Dated: **November 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge