# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICOLE MARIE POTTER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-02356-SAB

ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

(ECF No. 19)

On November 24, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d). (ECF No. 19.)

Accordingly, pursuant to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of FIVE THOUSAND FIVE HUNDRED AND 00/100 ($5,500.00) as authorized by 28 U.S.C. § 2412(d).

In light of the foregoing, the Clerk of the Court is DIRECTED to TERMINATE ECF No. 17.

IT IS SO ORDERED.

Dated: **November 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge